FILED: November 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6467
(5:13-hc-02269-F)
_____

JIHAD RASHID MELVIN

    Petitioner - Appellant

v.

FRANK L. PERRY; FELIX TAYLOR

    Respondents - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Appendix due: 12/28/2015

Response brief due: 01/27/2016

Any reply brief: 14 days from service of response brief.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk