FILED: December 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6467
(5:13-hc-02269-F)

_____

JIHAD RASHID MELVIN

      Petitioner - Appellant

v.

FRANK L. PERRY; FELIX TAYLOR

      Respondents - Appellees

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,100 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk